353 NORTH CLARK STREET, CHICAGO, ILLINOIS 60654

JENNER&BLOCK LLP

August 30, 2019

**VIA EMAIL AND OVERNIGHT MAIL**

Dean N. Panos
Tel +1 312 923-2765
dpanos@jenner.com

Spencer Sheehan
Sheehan & Associates, P.C.
505 Northern Blvd., Ste. 311
Great Neck, NY 11021
(516) 303-0552
spencer@spencersheehan.com

Re:   *Kennedy v. Mondelēz Global LLC*, Case No. 1:19-cv-302-ENV-SJB

Dear Spencer:

As you know, we represent Defendant Mondelēz Global LLC ("MDLZ") in the above-referenced matter. Pursuant to Section III.D of Judge Vitaliano's Individual Motion Practice and Rules, please see enclosed MDLZ's:

- Notice of Motion to Dismiss Plaintiffs' First Amended Class Action Complaint; and

- Memorandum of Law in Support of Motion to Dismiss Plaintiffs' First Amended Class Action Complaint.

A copy of this letter will be sent to the Clerk of the Court and electronically filed via CM/ECF.

Very truly yours,

/s/ Dean N. Panos
    Dean N. Panos