Sheehan & Associates, P.C.

505 Northern Boulevard, Suite 311, Great Neck, NY 11021
tel. 516.303.0552
fax 516.234.7800
spencer@spencersheehan.com

September 28, 2019

Dean Panos
Jenner & Block
353 North Clark Street
Chicago, IL 60654

Re:   1:19-cv-00302-ENV-SJB
      Kennedy v. Mondelēz Global LLC

Dear Dean:

    This office represents the plaintiff in the above action. In accordance with the briefing schedule for defendant's motion to dismiss the first amended complaint, I sent you plaintiff's opposition to defendant's motion prior to 12:00 AM on September 27, 2019. Thank you.

Respectfully submitted,

 /s/ Spencer Sheehan
Spencer Sheehan

Certificate of Service

I certify that on September 28, 2019, I served the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan