```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEITH KENNEDY, ANNE MARIE BARLETTA,
CHRIS DERCHIN, KELLIE J. NYANJOM,
JENNIFER STEPHENS, ERIC BOECKER,
ROBERT T. SOUSA, NANCY BIERLY,
JARED D'ARGENIO, LISA WILLIAMS,
DONALD C. HUNT, CRAIG MOSKOWITZ,
TIFFNI ALTES, RACHEL PARKS, PAULA
WILEY, FRANK FUDA, and LEROY JACOBS,
individually and on behalf of all others similarly
situated,
                                                                          JUDGMENT
                                                                          19-CV-302-ENV-SJB
                        Plaintiff,

        v.

MONDELĒZ GLOBAL LLC,

                        Defendant.
-----------------------------------------------------------------X
```

An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on September 17, 2020, adopting the Report and Recommendation of Magistrate Judge Sanket J. Bulsara, dated July 10, 2020, granting defendant's motion to dismiss; it is

ORDERED and ADJUDGED that defendant's motion to dismiss is granted.

Dated: Brooklyn, New York　　　　　　　　　　　　Douglas C. Palmer
　　　　September 18, 2020　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　By:　　*/s/Jalitza Poveda*
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk